In the Matter of the Application of J. EDWARD SIMMONS et al., Constituting the Board of Water Supply of the City of New York, Respondents, to Acquire Real Estate in the City of Yonkers, Required in the Construction of Hill View Reservoir.

DAVID H. KING, JR., Appellant.

*Matter of Simmons*, 157 App. Div. 939, affirmed.
(Argued October 23, 1913; decided November 18, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 27, 1913, which affirmed an order of Special Term setting aside an award of commissioners of appraisal in the above-entitled proceeding.

*Benjamin Trapnell* for appellant.

*Archibald R. Watson, Corporation Counsel (H. T. Dykman* and *Charles Wesley* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.